1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   STEVE SANCHEZ,

11               Plaintiff,                    No. CIV S-07-0542 MCE EFB P

12        vs.

13   PENNER, et al.,

14               Defendants.               <u>ORDER</u>

15   _____/

16        Plaintiff is a state prisoner prosecuting this civil rights action without counsel.  *See* 42

17   U.S.C. § 1983.  Plaintiff requests leave to proceed *in forma pauperis*.  *See* 28 U.S.C. § 1915.

18   This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C.

19   § 636(b)(1).

20        Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C.

21   § 1915(a).

22        Plaintiff must pay the statutory filing fee of  $350.  *See* 28 U.S.C. §§ 1914(a), 1915(b)(1).

23   Plaintiff must make monthly payments of 20 percent of the preceding month's income credited

24   to his prison trust account.  All payments shall be forwarded by the appropriate agency to the

25   Clerk of the Court when amount in plaintiff's account exceeds $10 until the filing fee is paid in

26   full.  28 U.S.C. § 1915(b)(2).

                                              1

The court finds that, for the limited purposes of § 1915A screening, the complaint states cognizable claims for relief against both defendants for deliberate indifference to plaintiff's serious medical needs, i.e., an infection in his hand, and for medical malpractice.  *See* 42 U.S.C. § 1983; *Hanson v. Grodel,* 90 Cal. Rptr.2d 396, 400 (Cal. App. 1999) (stating elements for medical malpractice in California); 28 U.S.C. § 1915A(b).  Where federal and state claims arise from the same transactions or occurrences and rely on identical facts for their resolution, they "form part of the same case or controversy under Article III," and the court may exercise supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).  *Sea-Land Service, Inc. v. Lozen Intern., LLC*, 285 F.3d 808, 814 (9th Cir. 2002).  Here, plaintiff's constitutional and state-law tort claims are based on the same allegations about a single condition plaintiff suffered and the manner in which defendants are alleged to have responded to it.  Therefore, the court exercises supplemental jurisdiction over plaintiff's state-law claims.

Accordingly, it hereby is ordered that:

1.  Plaintiff's request for leave to proceed *in forma pauperis* is granted.

2.  Plaintiff must pay the statutory filing fee of $350 for this action.  All payments shall be collected in accordance with the order to the Director of the California Department of Corrections and Rehabilitation filed concurrently herewith.

3.  Service is appropriate for defendants Doctors Penner and Wedell.

4.  The Clerk of the Court shall send plaintiff two USM-285 forms, one summons, an instruction sheet and one copy of the endorsed March 20, 2007, pleading and attachments thereto.

5.  Within 30 days from service of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit it to the court with the completed summons and USM-285 forms and three copies of the endorsed March 20, 2007, pleading and attachments thereto.

////

////

1    6.  Upon receipt of the necessary materials, the court will direct the United States

2  Marshal to serve defendants Doctors Penner and Wedell pursuant to Federal Rule of Civil

3  Procedure 4 without payment of costs.

4  Dated:   May 21, 2007.

5

6                                                EDMUND F. BRENNAN
                                                 UNITED STATES MAGISTRATE JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8 IN THE UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10 STEVE SANCHEZ,

11           Plaintiff,                No. CIV S-07-0542 MCE EFB P

12     vs.

13 PENNER, et al.,

14           Defendants.        NOTICE OF SUBMISSION OF DOCUMENTS

15 _____/

16       Plaintiff hereby submits the following documents in compliance with the court's order

17 filed _____:

18         __1__       completed summons form

19         __2__       completed forms USM-285

20         __3__       copies of the __March 20, 2007__

21                               Complaint

22 Dated:

23                              _____

24                                   Plaintiff

25

26