IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE SANCHEZ, | No. 2:07-cv-00542-MCE-EFB-P |
| Plaintiff, | |
| v. | ORDER |
| PENNER, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

On February 26, 2008, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case.

///

1

Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 26, 2008, are adopted in full;

2. Defendant Dr. Wedell's September 11, 2007, motion to dismiss, construed as one for summary judgment, is granted;

3. Judgment is entered in his favor; and

4. If he has not already done so, defendant Dr. Penner is granted 30 days to file and serve an answer to the first amended complaint.

Dated: March 31, 2008

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE