UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
FILED
March 31, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK
```

## JUDGMENT IN A CIVIL CASE

Steve Sanchez

          v.         CASE NUMBER: CIV S-07-cv-542 MCE-EFB-P

Penner, et at

**XX** -- **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

> **THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 03/31/2008 in favor of Dr. Wedell and against Steve Sanchez.**

                                      Victoria C. Minor,
                                      Clerk of the Court

ENTERED:   March 31, 2008

                                      by:___/s/_____
                                      R. Matson, Deputy Clerk