IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE SANCHEZ,

    Plaintiff,                             No. CIV S-07-0542 MCE EFB P

    vs.

PENNER, et al.,

    Defendants.                     <u>ORDER</u>

/

      Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an opposition to defendants' September 19, 2008, motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

      Plaintiff's October 10, 2008, motion is granted and plaintiff has 30 days from the date this order is served to file and serve his opposition.

      So ordered.

DATED: October 15, 2008.

*[signature]*

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE