IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVE SANCHEZ,

        Plaintiff,                  No. CIV S-07-0542 MCE EFB P

    vs.

PENNER, et al.,

        Defendants.          <u>ORDER</u>

_____/

      Plaintiff is a prisoner without counsel seeking relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. Defendant Dr. Penner requests an extension of time to file and serve a reply to plaintiff's opposition to the motion for summary judgment. *See* Fed. R. Civ. P. 6(b).

      Defendant's November 26, 2008, request is granted and defendant has 20 days from the date this order is served to file and serve a reply.

      So ordered.

Dated: December 2, 2008.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE